IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 1:13-CR-350 |
| v. | ) | |
| | ) | The Honorable Leonie M. Brinkema |
| THADDAEUS SNOW | ) | |
| | ) | Trial: February 11, 2014 |
| WILLIAM SYKES | ) | |
| | ) | |
| JAMEEL ALEEM | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**SECOND AMENDED EXHIBIT LIST FOR THE UNITED STATES**
(Version 2/17/14)

The United States of America, by and through its attorneys, Dana J. Boente, Acting United States Attorney for the Eastern District of Virginia, Adam B. Schwartz and Dennis M. Fitzpatrick, Assistant United States Attorneys, hereby submits its exhibit list.

| EX # | PHOTOS |
|---|---|
| 1 | Intentionally Left Blank |
| 2 | Intentionally Left Blank |
| 3 | Thaddaeus Snow |
| 4 | Curtis Martino |
| 5 | William Sykes |
| 6 | George Williams |
| 7 | Markeith Kerns |
| 8 | Janee Yates |
| 9 | Deontae Holland |
| 10 | William Sharp Manning |
| 11 | James Watson |
| 12 | Nicole Yates |

| | |
|---|---|
| 13A | Candy Minor |
| 13B | Candy Minor after assault |
| 14 | Kaleef Tweedy |
| 15 | Justin Finley |
| 16 | Stephon Greene |
| 17 | Latonya Snow |
| 18 | Devante Jordan |
| 19 | Aayron Marshal |
| 20 | Joshua Pendleton Brooks |
| 21 | Lionel Ritchie |
| 22 | Jameel Aleem |
| 23 | Antwan Minor |
| 24 | Deyonka Gaskins |
| 25 | Gracier Isique |
| 26 | Heavenly Sovereignty |
| 27 | Amanda Ewell |
| 28 | Brynn Renee Lackey |
| 29 | Raymond Dawes |
| 30 | Lovell Tyshon Ritchie |
| 31 | Curtis Martino, Thaddaeus Snow and others |
| 32 | Thaddaeus Snow, Curtis Martino and others with SI |
| 33 | Curtis Martino and Magoo |
| 34 | Magoo and P. Banger |
| 35 | New York Group Photo |
| 36 | New York Group Photo |
| 37 | Thaddaeus Snow with Heavenly Sovereignty displaying Nine Trey Hand Signals |
| 38 | George Williams and Deontae Holland displaying Hand Signals |
| 39 | William Sykes with Firearm |
| 40 | Lauren Byrd "Buck Fifty"   #1 |
| 41 | Lauren Byrd "Buck Fifty"   #2 |
| 42 | Thaddaeus Snow with Norfolk Gang Members |
| 43 | Group Photo in Colonial Village |
| 44A | Priscilla Storey #1 |

| | |
|---|---|
| 44B | Priscilla Storey #2 |
| 45 | Thaddaeus Snow, Curtis Martino and Magoo |
| 46 | Intratec .22 Seized by Ahoskie, NC Police |
| 47 | Pistol seized by Ahoskie, NC Police |
| 48 | Safe seized by Ahoskie, NC Police |
| 48A | Safe |
| 49 | Ammunition Seized by Ahoskie, NC Police |
| 50 | Red Bandana Seized by Ahoskie, NC Police |
| 50A | Red Bandana |
| 51 | Spent Shell Casing Seized by Ahoskie, NC Police |
| 52 | Cedar Lee Shooting Crime Scene Photo of T-Shirt |
| 53 | Cedar Lee Shooting Crime Scene Area |
| 54 | Cedar Lee Crime Scene Photo – Car #1 |
| 55 | Cedar Lee Crime Scene Photo – Car #2 |
| 56 | Cedar Lee Crime Scene Photo – Car #2 |
| 57 | Cedar Lee Crime Scene Bullet Fragment |
| 58 | Amanda Simpkins a/k/a Tampa |
| 58A | Backpage Add |
| 59 | Sarah Reyes |
| 60 | Ebony |
| EX# | TITLE III AUDIO AND TEXT MESSAGES |
| | Target Telephone 240-424-4184 (Heavenly Sovereignty) |
| 61 | Session 1783 Audio |
| 61A | Transcript of Session 1783 Audio |
| 62 | Session 18787 Audio |
| 62A | Transcript of Session 18787 Audio |
| 63 | Intentionally Left Blank |
| 64 | Intentionally Left Blank |
| 65 | Intentionally Left Blank |
| 66 | Intentionally Left Blank |
| 67 | Intentionally Left Blank |
| 68 | Intentionally Left Blank |
| 69 | Session 10608 Audio |

| | |
|---|---|
| 69A | Transcript of Session 10608 Audio |
| 70 | Session 10611 Audio |
| 70A | Transcript of Session 10611 Audio |
| 71 | Session 18017 Audio |
| 71A | Transcript of Session 18017 Audio |
| 72 | Intentionally Left Blank |
| 73 | Intentionally Left Blank |
| 74 | Intentionally Left Blank |
| 75 | Intentionally Left Blank |
| 76 | Intentionally Left Blank |
| 77 | Session 20705 Audio |
| 77A | Transcript of Session 20705 Audio |
| 78 | Session 20730 Audio |
| 78A | Transcript of Session 20730 Audio |
| | **Target Telephone 571-303-8182 (Thaddaeus Snow)** |
| 79 | Session 22 Audio |
| 79A | Transcript of Session 22 Audio |
| 80 | Session 103 Audio |
| 80A | Transcript of Session 103 Audio |
| 81 | Session 116 Audio |
| 81A | Transcript of Session 116 Audio |
| 82 | Session 120 Audio |
| 82A | Transcript of Session 120 Audio |
| 83 | Session 128 Audio |
| 83A | Transcript of Session 128 Audio |
| 84 | Session 129 Audio |
| 84A | Transcript of Session 129 Audio |
| 85 | Session 133 Audio |
| 85A | Transcript of Session 133 Audio |
| 86 | Session 137 Audio |
| 86A | Transcript of Session 137 Audio |
| 87.1 | Session 140 Audio Clip |
| 87.1A | Transcript of Session 140 Audio |

| | |
|---|---|
| 88 | Session 142 Audio |
| 88A | Transcript of Session 142 Audio |
| 89 | Session 171 Audio                    **(WITHDRAWN)** |
| 89A | Transcript of Session 171 Audio   **(WITHDRAWN)** |
| 90 | Session 182 Audio |
| 90A | Transcript of Session 182 Audio |
| 91 | Session 215 Audio |
| 91A | Transcript of Session 215 Audio |
| 92 | Text Message from Session 233 |
| 93 | Session 223 Audio |
| 93A | Transcript of Session 223 Audio |
| 94 | Session 264 Audio |
| 94A | Transcript of Session 264 Audio |
| 95 | Session 265 Audio |
| 95A | Transcript of Session 265 Audio |
| 96 | Text Message from Session 266 |
| 97 | Session 269 Audio |
| 97A | Transcript of Session 269 Audio |
| 98 | Session 294 Audio |
| 98A | Transcript of Session 294 Audio |
| 99 | Session 357 Audio                    **(WITHDRAWN)** |
| 99A | Transcript of Session 357 Audio   **(WITHDRAWN)** |
| 100.1 | Session 362 Audio Clip |
| 100.1A | Transcript of Session 362 Audio |
| 101 | Session 409 Audio |
| 101A | Transcript of Session 409 Audio |
| 102 | Session 416 Audio |
| 102A | Transcript of Session 416 Audio |
| 103 | Session 454 Audio |
| 103A | Transcript of Session 454 Audio |
| 104 | Session 456 Audio |
| 104A | Transcript of Session 456 Audio |
| 105.1 | Session 460 Audio                    **(WITHDRAWN)** |

| | | |
|---|---|---|
| 105.1A | Transcript of Session 460 Audio | **(WITHDRAWN)** |
| 106.1 | Session 492 Audio Clip | |
| 106.1A | Transcript of Session 492 Audio | |
| 107.1 | Session 504 Audio Clip | |
| 107.1A | Transcript of Session 504 Audio | |
| 108 | Session 520 Audio | **(WITHDRAWN)** |
| 108A | Transcript of Session 520 Audio | **(WITHDRAWN)** |
| 109 | Session 581 Audio | |
| 109A | Transcript of Session 581 Audio | |
| 110 | Session 734 Audio | **(WITHDRAWN)** |
| 110A | Transcript of Session 734 Audio | **(WITHDRAWN)** |
| 111 | Session 765 Audio | |
| 111A | Transcript of Session 765 Audio | |
| 112 | Session 768 Audio | |
| 112A | Transcript of Session 768 Audio | |
| 113 | Session 773 Audio | |
| 113A | Transcript of Session 773 Audio | |
| 114 | Session 776 Audio | **(WITHDRAWN)** |
| 114A | Transcript of Session 776 Audio | **(WITHDRAWN)** |
| 115 | Session 887 Audio | **(WITHDRAWN)** |
| 115A | Transcript of Session 887 Audio | **(WITHDRAWN)** |
| 116 | Session 889 Audio | **(WITHDRAWN)** |
| 116A | Transcript of Session 889 Audio | **(WITHDRAWN)** |
| 117 | Session 905 Audio | |
| 117A | Transcript of Session 905 Audio | |
| 118 | Session 917 Audio | |
| 118A | Transcript of Session 917 Audio | |
| 119 | Text Message from Session 999 | **(WITHDRAWN)** |
| 120.1 | Session 971 Audio Clip | |
| 120.1A | Transcript of Session 971 Audio | |
| 121 | Session 771 Audio | |
| 121A | Transcript of Session 774 Audio | |
| 122 | Text Message from Session 1000 | |

| | |
|---|---|
| 123 | Text Message from Session 1002 |
| 124 | Text Message from Session 1003 |
| 125 | Text Message from Session 1004 |
| 126 | Text Message from Session 1026 |
| 127 | Text Message from Session 1028 |
| 128 | Text Message from Session 1041 |
| 129 | Session 1043 Audio **(WITHDRAWN)** |
| 129A | Transcript of Session 1043 Audio **(WITHDRAWN)** |
| 130 | Session 1098 Audio |
| 130A | Transcript of Session 1098 Audio |
| 131 | Session 1262 Audio |
| 131A | Transcript of Session 1262 Audio |
| 132 | Text Message from Session 1263 |
| 133 | Text Message from Session 1265 |
| 134 | Session 1282 Audio **(WITHDRAWN)** |
| 134A | Transcript of Session 1282 Audio **(WITHDRAWN)** |
| 135 | Text Message from Session 1298 |
| 136 | Text Message from Session 1304 |
| 137 | Session 1312 Audio |
| 137A | Transcript of Session 1312 Audio |
| 138 | Text Message from Session 1372 |
| 139 | Session 1380 Audio |
| 139A | Transcript of Session 1380 Audio |
| 140 | Session 1388 Audio |
| 140A | Transcript of Session 1388 Audio |
| 141 | Session 1424 Audio **(WITHDRAWN)** |
| 141A | Transcript of Session 1424 Audio **(WITHDRAWN)** |
| 142 | Session 1439 Audio **(WITHDRAWN)** |
| 142A | Transcript of Session 1439 Audio **(WITHDRAWN)** |
| 143 | Session 1578 Audio **(WITHDRAWN)** |
| 143A | Transcript of Session 1578 Audio **(WITHDRAWN)** |
| 144 | Session 1612 Audio **(WITHDRAWN)** |
| 144A | Transcript of Session 1612 Audio **(WITHDRAWN)** |

| | |
|---|---|
| 145 | Session 1961 Audio |
| 145A | Transcript of Session 1961 Audio |
| 146 | Session 2144 Audio **(WITHDRAWN)** |
| 146A | Transcript of Session 2144 Audio **(WITHDRAWN)** |
| 147 | Session 2145 Audio **(WITHDRAWN)** |
| 147A | Transcript of Session 2145 Audio **(WITHDRAWN)** |
| 148 | Session 2421 Audio **(WITHDRAWN)** |
| 148A | Transcript of Session 2421 Audio **(WITHDRAWN)** |
| 149 | Session 2452 Audio |
| 149A | Transcript of Session 2452 Audio |
| 150 | Session 2464 Audio |
| 150A | Transcript of Session 2464 Audio |
| 151 | Session 2575 Audio |
| 151A | Transcript of Session 2575 Audio |
| 152 | Session 769 Audio |
| 152A | Transcript of Session 769 Audio |
| 153 | Session 2728 Audio **(WITHDRAWN)** |
| 153A | Transcript of Session 2728 Audio **(WITHDRAWN)** |
| 154 | Session 2734 Audio |
| 154A | Transcript of Session 2734 Audio |
| 155 | Session 2744 Audio |
| 155A | Transcript of Session 2744 Audio |
| 156 | Text Message from Session 2811 |
| 157 | Text Message from Session 2812 **(WITHDRAWN)** |
| 158 | Session 2816 Audio **(WITHDRAWN)** |
| 158A | Transcript of Session 2816 Audio **(WITHDRAWN)** |
| 159 | Session 2857 Audio |
| 159A | Transcript of Session 2857 Audio |
| 160 | Session 2865 Audio **(WITHDRAWN)** |
| 160A | Transcript of Session 2865 Audio **(WITHDRAWN)** |
| 161 | Session 2874 Audio |
| 161A | Transcript of Session 2874 Audio |
| 162 | Text Message from Session 2892 **(WITHDRAWN)** |

| | | |
|---|---|---|
| 163 | Session 2898 Audio | **(WITHDRAWN)** |
| 163A | Transcript of Session 2898 Audio | **(WITHDRAWN)** |
| 164.1 | Session 2926 Audio Clip | |
| 164.1A | Transcript of Session 2926 Audio | |
| 165 | Session 2930 Audio | |
| 165A | Transcript of Session 2930 Audio | |
| 166.1 | Session 2940 Audio Clip | |
| 166.1A | Transcript of Session 2940 Audio | |
| 167 | Session 2962 Audio | **(WITHDRAWN)** |
| 167A | Transcript of Session 2962 Audio | **(WITHDRAWN)** |
| 168.1 | Session 3030 Audio Clip | |
| 168.1A | Transcript of Session 3030 Audio | |
| 169.1 | Session 3033 Audio Clip | |
| 169.1A | Transcript of Session 3033 Audio | |
| 170 | Session 3060 Audio | |
| 170A | Transcript of Session 3060 Audio | |
| 171.1 | Session 3065 Audio Clip | |
| 171.1A | Transcript of Session 3065 Audio | |
| 172.1 | Session 3074 Audio Clip | |
| 172.1A | Transcript of Session 3074 Audio | |
| | **PLEA AGREEMENTS** | |
| 173 | Plea Agreement signed by Quincy Burrell | |
| 174 | Plea Agreement signed by Michael Troy Smallwood | |
| 175 | Plea Agreement signed by Amanda Ewell | |
| 176 | Plea Agreement signed by Raymond Dawes | |
| 177 | Plea Agreement signed by Brynn Lackey | |
| 178 | Plea Agreement signed by Janee Yates | |
| 179 | Plea Agreement signed by Candy Minor | |
| 180 | Plea Agreement signed by Nicole Yates | |
| 181 | Plea Agreement signed by Markeith Kerns | |
| 182 | Plea Agreement signed by Curtis Martino | |
| 183 | Plea Agreement signed by Kaleef Tweedy | |
| 184 | Plea Agreement signed by Christopher Head | |

| | |
|---|---|
| 185 | Plea Agreement signed by Deontae Holland |
| 186 | Plea Agreement signed by Lovell Ritchie |
| 187 | Lauren Byrd's Use Immunity Agreement |
| | HOTEL RECORDS |
| 188 | Days Inn |
| 189 | Super 8 |
| 190 | Comfort Inn |
| 191 | Red Roof Inn |
| 191A | Red Roof Inn Summary Chart |
| 192 | Intentionally Left Blank |
| 193 | Intentionally Left Blank |
| | PG COUNTY SHOOTING |
| 194 | June 2013 Shooting Photo #1 |
| 195 | June 2013 Shooting Photo #2 |
| 196 | June 2013 Shooting Photo #3 |
| 197 | June 2013 Shooting Photo #4 |
| 198 | June 2013 Shooting Photo #5 |
| 199 | June 2013 Shooting Photo #6 |
| 200 | June 2013 Shooting Photo #7 |
| 201 | June 2013 Shooting Photo #8 |
| 202 | June 2013 Shooting Photo #9 |
| 203 | June 2013 Shooting Photo #10 |
| 204 | June 2013 Shooting Photo #11 |
| 205 | June 2013 Shooting Photo #12 |
| 206 | June 2013 Shooting Photo #13 |
| 207 | Intentionally Left Blank |
| 208 | Intentionally Left Blank |
| 209 | Intentionally Left Blank |
| EX # | PHYSICAL EVIDENCE |
| 210 | Intratec .22 Seized by Ahoskie, NC Police |
| 211 | Lorcin 9mm handgun |
| 212 | Ruger P90 .45 |
| 213 | Nine Trey Gangster Gang Literature |

|        | PHOTO                                                           |
|--------|-----------------------------------------------------------------|
| 214    | Christopher Head a/k/a Briss                                    |
|        | Additional Calls for Target Telephone 571-303-8182 (Thaddaeus Snow) |
| 215    | Session 403 Audio                                               |
| 215A   | Transcript of Session 403 Audio                                 |
| 216.1  | Session 572 Audio Clip                                          |
| 216.1A | Transcript of Session 572 Audio                                 |
| 217    | Session 582 Audio           **(WITHDRAWN)**                     |
| 217A   | Transcript of Session 582 Audio **(WITHDRAWN)**                 |
| 218    | Intentionally Left Blank                                        |
| 218A   | Intentionally Left Blank                                        |
| 219    | Session 2208 Audio                                              |
| 219A   | Transcript of Session 2208 Audio                                |
| 220.1  | Session 2377 Audio Clip                                         |
| 220.1A | Transcript of Session 2377 Audio                                |
| 221    | Session 2609 Audio                                              |
| 221A   | Transcript of Session 2609 Audio                                |
| 222.1  | Session 3018 Audio Clip                                         |
| 222.1A | Transcript of Session 3018 Audio                                |
|        |                                                                 |
|        |                                                                 |
|        |                                                                 |
|        |                                                                 |
|        |                                                                 |

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By:                  /s/
      Adam B. Schwartz
      Assistant United States Attorney
      Dennis M. Fitzpatrick

          Assistant United States Attorney
          Justin W. Williams U.S. Attorney's Building
          2100 Jamieson Ave.
          Alexandria, VA 22314
          Tel: (703) 299-3700
          Fax: (703) 837-8242
          Adam.Schwartz@usdoj.gov
          Dennis.Fitzpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of February 2014, I electronically filed the foregoing Exhibit List with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) and a copy of such filing to the counsel of record in this matter.

          /s/
          Adam B. Schwartz
          Dennis M. Fitzpatrick
          United States Attorney
          Office of the United States Attorney's Office
          2100 Jamieson Avenue
          Alexandria, VA 22314
          703.299.3700
          703.837.8242 (fax)
          Adam.Schwartz@usdoj.gov
          Dennis.Fitzpatrick@usdoj.gov