Case 1:13-cr-00350-LMB Document 599 Filed 02/21/14 Page 1 of 4 PageID# 3670



IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13cr350 |
| | ) | |
| | ) Count 1: | Conspiracy to Commit Racketeering (18 U.S.C. §§ 1962(d), 1963(a)) |
| v. | ) | |
| | ) Count 2: | Violence in Aid of Racketeering (18 U.S.C. § 1959(a)) |
| THADDAEUS SNOW, a/k/a "STORM," | ) | |
| | ) Count 5: | Conspiracy to Distribute 280 grams or more of Cocaine Base (21 U.S.C. §§ 841, 846) |
| Defendant. | ) | |
| | ) Count 8: | Use and Carry a Firearm (18 U.S.C. § 924(c)(1)(a)) |
| | ) Count 9: | Conspiracy to Engage in Sex Trafficking (18 U.S.C. § 1594(c)) |
| | ) Count 10: | Conspiracy to Commit Robbery (18 U.S.C. § 1951) |
| | ) Count 11: | Use and Carry a Firearm (18 U.S.C. § 924(c)(1)(a)) |

### VERDICT FORM – Thaddaeus Snow

I.  **COUNT ONE** – Conspiracy to Commit Racketeering

WE, THE JURY, unanimously find the Defendant, **THADDAEUS SNOW**, a/k/a "Storm":

Guilty __X__     Not Guilty _____

*Please continue to the next page*

If you found the Defendant guilty, you must have unanimously found beyond a reasonable doubt that at least two acts of racketeering were either planned or committed by some member of the conspiracy. Those acts may be either of the same or different types, or a combination of both. Please indicate which type or types of racketeering activity you have unanimously found beyond a reasonable doubt to have been either planned or committed by members of the racketeering conspiracy this Defendant joined:

|  | No Act | Single Act | Multiple Acts |
|---|---|---|---|
| Distribution of Controlled Substances |  |  | X |
| Robbery (Virginia or Fed.) |  | X |  |
| Passing or Dealing in Counterfeit Obligations or Securities |  |  | X |
| Sex Trafficking |  |  | X |
| Interstate Transportation for Prostitution |  |  | X |

II. **COUNT TWO** – Maiming in Aid of Racketeering

WE, THE JURY, unanimously find the Defendant, **THADDAEUS SNOW**, a/k/a "Storm":

**Guilty** __X__   **Not Guilty** _____

*Please continue to the next page*

III. **COUNT FIVE** – Conspiracy to Distribute Cocaine Base

WE, THE JURY, unanimously find the Defendant, **THADDAEUS SNOW**, a/k/a "Storm":

Guilty __X__          Not Guilty _____

Please answer the following question **only** if you found the Defendant guilty:

What amount of cocaine base do you find beyond a reasonable doubt that the Defendant, **THADDAEUS SNOW, a/k/a "Storm,"** conspired to distribute:

__X__    280 grams or more

_____   28 grams or more, but less than 280 grams

_____   Less than 28 grams

IV. **COUNT EIGHT** – Possession of a Firearm in Furtherance of a Federal Drug Trafficking Crime (either conspiracy to distribute cocaine base or conspiracy to distribute marijuana)

WE, THE JURY, unanimously find the Defendant, **THADDAEUS SNOW**, a/k/a "Storm":

Guilty __X__          Not Guilty _____

V. **COUNT NINE** – Conspiracy to Engage in Sex Trafficking

WE, THE JURY, unanimously find the Defendant, **THADDAEUS SNOW**, a/k/a "Storm":

Guilty __X__          Not Guilty _____

*Please continue to the next page*

VI. **COUNT TEN** – Conspiracy to Commit a Hobbs Act Robbery

WE, THE JURY, unanimously find the Defendant, **THADDAEUS SNOW**, a/k/a "Storm":

Guilty __X__        Not Guilty _____


VII. **COUNT ELEVEN** – Use of a Firearm During and in Relation to a Crime of Violence as Alleged in Count Ten

WE, THE JURY, unanimously find the Defendant, **THADDAEUS SNOW**, a/k/a "Storm":

Guilty __X__        Not Guilty _____

If you found the Defendant guilty, please indicate what act or acts you unanimously found were done with the firearm:

1. Used:        _____

2. Carried:     _____

3. Brandished:  __X__


__2/21/14__
DATE

_____
FOREPERSON – Printed Name